United States District Court
Northern District of New York

# JUDGMENT

MICHAEL CLAYMORE
                        Plaintiff
      VS.                                           8:05-CV-177 (DEP)

COMMISSIONER OF SOCIAL SECURITY

                        Defendant

[X] **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination of no disability is AFFIRMED, and the plaintiff's complaint is hereby dismissed in all respects.  Further Ordered that plaintiff's request for consideration of the additional materials submitted to the Court on 5/23/06 and 10/12/06, as providing a basis to remand this matter to the agency for further consideration pursuant to sentence six of 42 USC section 405(g) is denied.

All of the above pursuant to the Order of the Honorable Magistrate Judge David E. Peebles dated the 29th day of March, 2007.


MARCH 30, 2007                                  LAWRENCE K. BAERMAN

**DATE**                                                     **CLERK OF COURT**

                                                          s/


                                                     **JOANNE BLESKOSKI**
                                                     **DEPUTY CLERK**